Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

ANDRE JUSTE

    v.

JOHN B. REID, et al.

CASE NUMBER: 17-CV-52V

ANDRE JUSTE

    v.

JEH CHARLES JOHNSON, et al.

CASE NUMBER: 17-CV-87V

ANDRE JUSTE

    v.

KITCHEN FEDERAL BUFFALO DETENTION FACILITY, et al.

CASE NUMBER: 17-CV-111V

ANDRE JUSTE

    v.

ICE HEALTH SERVICE CORP, et al.

CASE NUMBER: 17-CV-112V

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-113V |
| v. | |
| BUFFALO FEDERAL DETENTION FACILITY, et al. | |

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-114V |
| v. | |
| STATE OF NEW YORK, et al. | |

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-133V |
| v. | |
| DR. BELBE, et al. | |

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-355V |
| v. | |
| ICE HEALTH SERVICE, et al. | |

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-413V |
| v. | |
| ESMINGER, et al. | |

| | |
|---|---|
| ANDRE JUSTE | CASE NUMBER: 17-CV-460V |
| v. | |
| AMERICAN CORRECTIONAL ASSOCIATION, et al. | |

ANDRE JUSTE

    v.

US MARSHAL SERVICES, et al.

CASE NUMBER: 17-CV-720V

---

ANDRE JUSTE

    v.

JOHN F. KULLY, et al.

CASE NUMBER: 17-CV-888V

---

ANDRE JUSTE

    v.

IMMIGRATION & CUSTOMS ENFORCEMENT, et al.

CASE NUMBER: 17-CV-1079V

---

ANDRE JUSTE

    v.

MOLLY DEACON, et al.

CASE NUMBER: 17-CV-1134V

---

ANDRE JUSTE

    v.

DENISE M. BONK, et al.

CASE NUMBER: 17-CV-1173V

ANDRE JUSTE

    v.

DENISE M. BONK, et al.

CASE NUMBER: 17-CV-1205V

---

ANDRE JUSTE

    v.

UNITED STATES DISTRICT COURT, et al.

CASE NUMBER: 17-CV-1277V

---

ANDRE JUSTE

    v.

REID B. JOHN, et al.

CASE NUMBER: 17-CV-1289V

---

ANDRE JUSTE

    v.

EDDIT WILSON, et al.

CASE NUMBER: 18-CV-73V

---

ANDRE JUSTE

    v.

UNITED STATES POSTAL SERVICE, et al.

CASE NUMBER: 18-CV-259V

---

ANDRE JUSTE

    v.

JEFFREY J. SEARLS, et al.

CASE NUMBER: 18-CV-260V

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-550V

BUFFALO FEDERAL DETENTION FACILITY, et al.

---

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-567V

UNITED STATES POSTAL SERVICE, et al.

---

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-618V

UNITED STATES POSTAL SERVICE, et al.

---

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-958V

MOLLY M. DEACON, et al.

---

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-1176V

RUEHLE WALTER, et al.

---

ANDRE JUSTE

    v.

CASE NUMBER: 18-CV-1233V

JEFFREY J. SEARLS, et al.

---

ANDRE JUSTE

    v.

MANTAGNE, et al.

CASE NUMBER: 18-CV-1397V

---

ANDRE JUSTE

    v.

FIOROTTO, et al.

CASE NUMBER: 18-CV-1503V

---

ANDRE JUSTE

    v.

CLIVE MONTAYNE, et al.

CASE NUMBER: 19-CV-14V

---

ANDRE JUSTE

    v.

MONTAYNE CLIVE, et al.

CASE NUMBER: 19-CV-54V

---

ANDRE JUSTE

    v.

FIOROTTO, et al.

CASE NUMBER: 19-CV-64V

---

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that these cases are dismissed with prejudice for failure to comply with the court Order filed on 4/15/2019.


Date: June 4, 2019										MARY C. LOEWENGUTH
													CLERK OF COURT

													By: s/Kirstie L. Henry
													      Deputy Clerk